**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  08-20597-CIV-MOORE/SIMONTON**
<u>CONSENT CASE</u>

**MIGDALIA MONTANO o/b/o
MIGDALIS TORRES MONTANO,**

      **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,
Commissioner of Social Security**

      **Defendant.**
_____/

<u>**ORDER OF REMAND AND FINAL JUDGMENT**</u>

      Presently pending before this Court is Defendant's unopposed motion to reverse the decision of the ALJ and remand this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) (DE # 34).  Pursuant to the consent of the parties (DE # 35), this case is referred to the undersigned Magistrate Judge for final disposition (DE # 36).

      After a careful consideration of the record as a whole, it is hereby

      **ORDERED AND ADJUDGED** that Defendant's Motion To Remand (DE # 34), be **GRANTED**.  The decision of the Commissioner is **REVERSED**, and the case is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for:  1) consideration of the impact of the subsequent favorable determination; 2) the translation of the record documents which are in Spanish; and 3) further consideration of all opinion evidence regarding the severity of Plaintiff's impairments, including that of Plaintiff's teachers.

This Court hereby enters Final Judgment pursuant to Fed.R.Civ.P. 58.

**DONE AND ORDERED** in Miami, Florida, on December 9, 2009.

ANDREA M.  SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
All counsel of record